IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CLORIA M. TAYLOR                                                    PLAINTIFF

v.                              NO.  5:01cv00144 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                           DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered this date, judgment is entered affirming the final decision of the Commissioner and dismissing Plaintiff's case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 9th day of September, 2010.


_____
UNITED STATES MAGISTRATE JUDGE